COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-212-CV

NO.
2-06-304-CV

 

COMANCHE PEAK RANCH, LLC                                             APPELLANT

 

                                                   V.

 

REPUBLIC PARTNERS III,
LLC, REPUBLIC                                  APPELLEES

ENERGY, INC., BURLINGTON RESOURCES 

OIL & GAS CO., LP, BROG, GP, INC., 

(GENERAL PARTNER OF BURLINGTON 

RESOURCES OIL & GAS CO., LP),COURTS 

K. CLEVELAND, JR. AND SARAH D. 

CLEVELAND                                                                                        

                                                                                                        

                                               ----------

                      FROM
THE 355TH COURT OF HOOD COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered the AAgreed
Motion To Dismiss Consolidated Appeals.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeals.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeals shall be paid by the
appellant, for which let execution issue. 
See Tex. R. App. P. 43.4.








PER CURIAM

PANEL A: 
CAYCE, C.J.; WALKER and MCCOY, JJ. 


 

DELIVERED: 
January 11, 2007  











[1]See Tex. R. App. P. 47.4.